```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
PAMELA PUTILLION,                      :
                                       :   07 Civ. 9685 (VM)
                        Plaintiff,     :
                                       :         ORDER
        - against -                    :
                                       :
SMITHKLINE BEECHAM CORPORATION,        :
GLAXOSMITHKLINE and SMITHKLINE         :
BEECHAM CORPORATION d/b/a              :
GLAXOSMITHKLINE,                       :
                                       :
                        Defendants.    :
--------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

A review of the complaint in this litigation indicates that this case is one of numerous other actions brought against defendants in this Court and in other jurisdictions involving alleged injuries caused by a drug produced and sold by defendants known as Avandia, and that these related cases may be the subject of a motion to consolidate pretrial proceedings under the Multi-District Litigation rules. Accordingly, it is hereby

**ORDERED**, that this action be placed on the Court's Suspense Docket pending a determination by the Multi-District Litigation Panel on any proceedings to consolidate cases related to the litigation herein.

**SO ORDERED.**

Dated:     NEW YORK, NEW YORK
           5 November 2007

                                              VICTOR MARRERO
                                                 U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-5-07