NOV. 28. 2007  3:30PM    PEPPER HAMILTON LLP                            NO. 4465    P. 2/07

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/28/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------x
PAMELA PUTILLION,

         Plaintiff,

-against-                                                        07-CV-9685 (RM)

SMITHKLINE BEECHAM CORPORATION,               STIPULATION AND ORDER
GLAXOSMITHKLINE and SMITHKLINE
BEECHAM CORPORATION d/b/a
GLAXOSMITHKLINE,

         Defendants.
---------------------------------------------------x

    IT IS HEREBY STIPULATED by counsel for the above-captioned Plaintiff and

Defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline ("GSK")(also improperly

named as SMITHKLINE BEECHAM CORPORATION and GLAXOSMITHKLINE), that the

time for Defendant GSK to move, plead or otherwise respond to the Plaintiff's Complaint is

hereby extended until 30 days after both final transfer of the case to the MDL and the issuance of

_____  _____
David Ratner                Kenneth J. King (KK 3567)
Victoria J. Maniatis (VM 6388)  Suzanne D'Amico (SD 3581)
MORELLI RATNER PC           PEPPER HAMILTON LLP
950 Third Avenue            620 Eighth Avenue, 37th Floor
New York, New York 12550    New York, NY 10018-1405

Attorneys for Plaintiff Pamela Putillion    and

Nina M. Gussack, Esquire
PEPPER HAMILTON LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103

Attorneys for Defendant
SmithKline Beecham Corporation
d/b/a GlaxoSmithKline

SO ORDERED.

_____
United States District Judge

Dated: 28 November 2007