UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
PAMELA PUTILLION,

                Plaintiff,

        -against-               07-CV-9685 (RM)

SMITHKLINE BEECHAM CORPORATION,
GLAXOSMITHKLINE and SMITHKLINE
BEECHAM CORPORATION d/b/a
GLAXOSMITHKLINE,

             Defendants.
-------------------------------------------------------x

## FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT

The undersigned, counsel of record for Defendant, SmithKline Beecham Corporation d/b/a GlaxoSmithKline, furnishes the following in compliance with Federal Rule of Civil Procedure 7.1.

GlaxoSmithKline plc, a publicly traded company, is the ultimate parent corporation, through several levels of wholly owned subsidiaries, of defendant, SmithKline Beecham Corporation d/b/a GlaxoSmithKline.  No publicly held company owns ten percent or more of the stock of GlaxoSmithKline plc.

Dated:  December 4, 2007

Kenneth J. King (KK 3567)
Suzanne M. D'Amico (SD 3581)
PEPPER HAMILTON LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Phone: (212) 808-2700
Email: kingk@pepperlaw.com

and

Nina M. Gussack, Esquire
PEPPER HAMILTON LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA  19103

Attorneys for Defendant SmithKline Beecham
Corporation d/b/a GlaxoSmithKline

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2007, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF system for filing and transmission of a Notice of Electronic Filing to the following ECF registrants:

David Ratner
Victoria J. Maniatis (VM 6388)
MORELLI RATNER PC
950 Third Avenue
New York, New York 12550

Kenneth J. King