```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
PAMELA PUTILLION,                      :
                                       :    07 Civ. 9685 (VM)
                    Plaintiff,         :
                                       :    ORDER
       - against -                     :
                                       :
SMITHKLINE BEECHAM CORPORATION,        :
GLAXOSMITHKLINE and SMITHKLINE         :
BEECHAM CORPORATION d/b/a              :
GLAXOSMITHKLINE,                       :
                                       :
                    Defendants.        :
---------------------------------------X
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-19-07

**VICTOR MARRERO, United States District Judge.**

In reviewing the Complaint filed in this matter the Court has noted that plaintiff ("Plaintiff") asserts that she is a resident of West Virginia and that defendants Smithkline Beecham and the related defendant entities are Pennsylvania corporations with their principal place of business in Philadelphia, Pennsylvania. The complaint indicates that the events giving rise to the underlying action occurred in connection with injuries Plaintiff allegedly she suffered arising from her use of defendants' pharmaceutical product, Avandia. The Court notes that numerous cases against defendants related to the same product are pending in the Eastern District of Pennsylvania, and that the instant action is the subject of a motion to transfer and consolidate with the related cases. It therefore appears that a more convenient venue for this action is the Eastern District of

Pennsylvania. Accordingly, it is hereby

**ORDERED** that in the interest of justice, the maximum convenience to the parties and witnesses, and of the efficient management of this Court's docket, the Clerk of Court is directed to transfer this case to the Eastern District of Pennsylvania pursuant to 28 U.S.C. § 1404(a).

**SO ORDERED.**

DATED:   NEW YORK, NEW YORK
         19 December 2007

                                    VICTOR MARRERO
                                       U.S.D.J.