IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAMELA PUTILLION, <br><br> Plaintiff, <br><br> v. <br><br> SMITHKLINE BEECHAM CORPORATION, GLAXOSMITHKLINE and SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE, <br><br> Defendants. | CIVIL ACTION <br> NO.: 1:07-CV-9685-VM <br><br> NOTICE OF APPEARANCE |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Pepper Hamilton LLP, 620 Eighth Avenue, New York, New York 10018, hereby appears, by undersigned counsel, as counsel for defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline as of this date and requests that all papers in this action be served upon the undersigned at the addresses listed below.

Dated: New York, New York
December 20, 2007

_____
Kenneth J. King (KK-3567)
Suzanne M. D'Amico (SD-3581)
PEPPER HAMILTON LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018

Attorneys for Defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline