IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

PAMELA PUTILLION,

            Plaintiff,

v.

SMITHKLINE BEECHAM CORPORATION,
GLAXOSMITHKLINE and
SMITHKLINE BEECHAM CORPORATION
d/b/a GLAXOSMITHKLINE,

            Defendants.

---

CIVIL ACTION
NO.: 1:07-CV-9685-VM

AFFIDAVIT OF SERVICE

---

The undersigned, being duly sworn, deposes and says that she is over the age of 18 years, and is not a party to this action.

That, on the 20th day of December, 2007, she caused to be served the within Notice of Appearance by first class mail upon:

David Eisbrouch
Balkin & Eisbrouch, LLC
50 Main Street
Hackensack, NJ 07061

Victoria Jennings Maniatis
Morelli Ratner, P.C.
950 Third Avenue
New York, NY 10022

the addresses having been designated by said attorneys for that purpose, by depositing a true copy of same, securely enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service.

                                                      Marie Ramos

Sworn to before me this
20th day of December, 2007

_____
Notary Public

MICHAEL PAUTZ
Notary Public, State of New York
No. 01PA6133474
Qualified in Westchester County
Commission Expires 9/19/2009