```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
PAMELA PUTILLION,                   :
                                    :      07 Civ. 9685 (VM)
                Plaintiff,          :
                                    :      ORDER
     - against -                    :
                                    :
SMITHKLINE BEECHAM CORPORATION,     :
GLAXOSMITHKLINE and SMITHKLINE      :
BEECHAM CORPORATION d/b/a           :
GLAXOSMITHKLINE,                    :
                                    :
                Defendants.         :
------------------------------------X
```

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-9-08
```

**VICTOR MARRERO, United States District Judge.**

By Order dated December 19, 2007 the Court directed the Clerk of Court to transfer this case to the Eastern District of Pennsylvania pursuant to 28 U.S.C. § 1404(a) and to close the captioned case and remove it from the Court's docket action. A review of the Docket Sheet for this matter indicates that the case remains listed on the Court's database of open cases. Accordingly, it is hereby

**ORDERED** that in accordance with the Court's Order of December 19, 2007 the Clerk of Court is directed to transfer this case to the Eastern District of Pennsylvania and to close the case and remove it from the Court's list of pending cases.

SO ORDERED.

Dated:   New York, New York
         9 January 2008

                                            VICTOR MARRERO
                                               U.S.D.J.